IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

BRUCE A LANEY
and
CHRISTINA MARIE LANEY

CASE NO. 9:09-bk-28963-ALP

_____Debtors_____/

**DEBTOR'S VERIFIED MOTION TO MAKE DIRECT PAYMENTS TO
SUNCOAST SCHOOLS FCU and HSBC/BEST BUY, SECURED CREDITORS**

STATE OF FLORIDA:
COUNTY OF LEE:

COMES NOW the Debtors, **BRUCE A LANEY and CHRISTINA MARIE LANEY** by and through their undersigned attorney, and respectively moves this Honorable Court to enter an Order allowing the Debtors to make direct payments to their secured creditor, contrary to the terms of the Chapter 13 "First Day" Order, and in support thereof states:

1. The Debtors filed the instant Chapter 13 Bankruptcy case on December 21, 2009 seeking the fundamental protections of the bankruptcy laws and rules.

2. The Debtor's Chapter 13 Plan of reorganization proposes direct payment to **SUNCOAST SCHOOLS FCU and HSBC/BEST BUY** their first and second mortgages, vehicle (2007 Dodge) and 2 TVs, Stereo and Computer (Son's items, Son makes the payment) creditors in the normal contractual amount of $ 960.18, $167.55, $305.15 and $100.00 per month.

3. The Debtors certifies that they are current on their post-petition obligations with **SUNCOAST SCHOOLS FCU and HSBC/BEST BUY.**

4. The Debtors further certify that they owe no arrears on their obligation owed to **SUNCOAST SCHOOLS FCU and HSBC/BEST BUY.**

5. The Debtors certify that they have established or attempted to establish an automatic debit account with **SUNCOAST SCHOOLS FCU and HSBC/BEST BUY** and that post-

1

petition payments to the creditor will be made accordingly.

6. The Debtors wish to continue their monthly payment history of making direct payments to their creditor on the obligation referenced above.

WHEREFORE, the Debtors respectfully moves the Court to enter an Order allowing the Debtors to make direct payments to their creditor as proposed by their filed Chapter 13 Plan, and for such other and further relief as the Court deems meet and just.

FURTHER AFFIANT SAYETH NOT.

_____
BRUCE A LANEY
Debtor

_____
CHRISTINA MARIE LANEY, Debtor

Sworn to and subscribed before me this 21st day of December, 2009, by BRUCE A LANEY and CHRISTINA MARIE LANEY who after being first duly sworn, upon their oath, certified that the foregoing is true and correct to the best of their knowledge and belief.

Signature of Notary Public _____

Print/typed name of Notary
Notary stamp & seal

Suzy Alice McGill
Commission # DD605765
Expires October 19, 2010
Bonded Troy Fain Insurance Inc 800-385-7019

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. mail to Suncoast Schools FCU, PO Box 11904, Tampa FL 33680, HSBC/Best Buy, PO Box 15521, Wilmington DE 19850-5521 and by ELECTRONIC CASE FILING to JON M. WAAGE, Standing 13 TRUSTEE, and to CYNTHIA P. BURNETTE, Asst. U.S. Trustee this 5th day of January, 2010.

_____
KIM LEVY, ESQ.
Attorney for Debtor
2110 Cleveland Avenue
Fort Myers, FL 33901
(239) 334-0128  Florida Bar No. 254797
Email:lawofficekimlevy@comcast.net